In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-242 CR


____________________



MICHAEL JASON CORBELLO, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-060112-R






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Michael Jason Corbello, to
withdraw his notice of appeal. Tex. R. App. P. 42.2. A request to dismiss the appeal is
signed by appellant personally and attached to a motion presented by counsel of record. 
No opinion has issued in this appeal. The motion is granted and the appeal is therefore
dismissed.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered January 31, 2007

Do not publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.